USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF THE HOLDERS OF COMM 2015-PC1 MORTGAGE TRUST COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, acting by and through Rialto Capital Advisors, LLC,

                Plaintiff,

-against-

RIVERVIEW ASSETS LLC,

                Defendant.

1:20-cv-05379-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the parties shall appear for a conference in connection with the proposed judgment and proposed stipulation and order [ECF Nos. 25–26] on February 24, 2021, at 4:00 PM. The conference will be held telephonically. To join the conference, dial 888-278-0296 and enter access code 5195844.

**SO ORDERED.**

Date: **February 19, 2021**
      **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**