USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF THE HOLDERS OF COMM 2015-PC1 MORTGAGE TRUST COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, acting by and through Rialto Capital Advisors, LLC,

Plaintiff,

-against-

RIVERVIEW ASSETS LLC,

Defendant.

1:20-cv-05379-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On February 24, 2021, the Court held a conference in connection with the stipulation among the parties resolving this action and the proposed judgment and order submitted by the parties. [ECF Nos. 25–26.] Counsel for both parties were in attendance.

IT IS HEREBY ORDERED that on or before March 3, 2021, the parties shall file via ECF and e-mail to the Court (VyskocilNYSDChambers@nysd.uscourts.gov) a revised proposed judgment reflecting changes necessary to address the issues discussed with the parties at the conference and the proposed stipulation to amend the case caption. The parties shall e-mail to the Court (1) a redline version of the proposed final judgment reflecting the changes and (2) a Microsoft Word version of the proposed final judgment.

**SO ORDERED.**

Date: February 24, 2021
New York, NY

MARY KAY VYSKOCIL
United States District Judge